UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>HAKEEM GENTRY | Mag. No. 19-00078 (CCC)<br><br>**DETENTION ORDER** |

This matter having been opened to the Court on motion of the United States, by Rachael A. Honig, Acting U.S. Attorney for the District of New Jersey (Christopher Matthews, Special Assistant United States Attorney, appearing), in the presence of Benjamin West, AFPD, counsel for the defendant HAKEEM GENTRY, for an order pursuant to Title 18, United States Code, Section 3142(e) to detain the defendant without bail pending a hearing in the above-entitled matter because the defendant poses a risk of flight and a danger to the community; the defendant having consented to detention and reserved the right to request a bail hearing at a later date, for the reasons stated on the record on July 15, 2021, and for good cause shown:

IT IS, therefore, on this 15th day of July, 2021,

ORDERED, that the motion of the United States for an order detaining the defendant without bail is hereby GRANTED, and the defendant is hereby ORDERED DETAINED without prejudice.  The defendant, by and through counsel, reserves the right to request a full hearing before this Court pursuant to Title 18, United States Code, Section 3142(f) on the issue of release at a later date; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(e), that the defendant, Hakeem Gentry, be committed to the custody of the Attorney General or his authorized representative; and it is further

ORDERED that such detention be without prejudice to the defendant's right to seek release pursuant to Title 18, United States Code, Section 3142(f) at a later date; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that the defendant be afforded reasonable opportunity for private consultations with counsel; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that, upon order of this or any other court of the United States of competent jurisdiction or on request of an attorney for the United States, the defendant shall be delivered to a United States Marshal for the purpose of appearances in connection with court proceedings.

_____
HONORABLE DOUGLAS E. ARPERT
United States Magistrate Judge